UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Petitioner.<br>v.<br><br>JAMES McHENRY,<br>    Acting Attorney General,<br><br>MARCO RUBIO,<br>    Secretary of State,<br><br>BENJAMINE HUFFMAN<br>    Acting Secretary of Homeland Security,<br><br>PAUL HEROUX,<br>    Sherriff, Bristol County,<br>    Respondents. | Case No.: 1:25-cv-10235 |

## NOTICE OF APPEARANCE

Assistant Federal Public Defender Tamara Fisher hereby enters her appearance on behalf of Petitioner John Doe in the above-captioned matter.

Dated: January 30, 2025

Respectfully submitted,

JOHN DOE

by his attorney,

*/s/ Tamara Fisher*
Tamara Fisher, BBO # 640449
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30, 2025.

*/s/ Tamara Fisher*
Tamara Fisher
Assistant Federal Public Defender