UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DOE, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 25-10235-BEM |
| JAMES MCHENRY, *Acting Attorney General*, et al., | ) ) ) ) | |
| Respondents. | ) ) ) | |

## ORDER

**MURPHY, J.**                                                                                         February 3, 2025

Petitioner John Doe, through counsel,[1] has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. [ECF No. 1]. Upon review of the Petition, the Court hereby orders:

1. The Clerk of this Court shall serve a copy of the Petition upon Respondents and the United States Attorney for the District of Massachusetts.

2. Respondents shall, no later than Wednesday, March 5, 2025, answer or respond to the Petition.

IT IS SO ORDERED.

      /s/ Brian E. Murphy
      United States District Judge

---

[1] By separate order, the Court has granted Petitioner's Motion to Proceed Under a Pseudonym and for a Protective Order.