## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN DOE,

               Petitioner,

      v.

JAMES MCHENRY, Acting U.S. Attorney
General,
MARCO RUBIO, Secretary of U.S. Department
of State,
BENJAMINE HUFFMAN, Acting Secretary of
U.S. Department of Homeland Security, and
PAUL HEROUX, Sherriff of Bristol County,

           Respondents.

Civil Action No. 1:25-cv-10235-BEM

## MOTION TO SEAL

Pursuant to the Protective Order entered by this Court on January 31, 2025 (Doc. No. 9),

Respondents move to file its Response, and exhibits in support, to Petitioner's Petition for Writ

of Habeas Corpus under seal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: February 27, 2025      By:    */s/ Mark Sauter*
                              Mark Sauter
                              Assistant United States Attorney
                              United States Attorney's Office
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              Tel.: 617-748-3347
                              Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed
through the ECF system will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  February 27, 2025                    By:      */s/ Mark Sauter*
                                                      Mark Sauter
                                                      Assistant United States Attorney