UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Petitioner.<br>v.<br><br>PAMELA J. BONDI,<br>    Attorney General,<br><br>MARCO RUBIO,<br>    Secretary of State,<br><br>KRISTI NOEM<br>    Secretary of Homeland Security,<br><br>PAUL HEROUX,<br>    Sherriff, Bristol County,<br><br>    Respondents-Defendants. | Case No.: 1:25-cv-10235 |

## PETITIONER'S MOTION TO FILE AMENDED PETITION AND COMPLAINT AND EXHIBITS UNDER SEAL

Pursuant to the Protective Order entered by this Court on January 31, 2025, Dkt. 9, Petitioner moves to file an Amended Petition and Complaint as well as its exhibits in support under seal. Petitioner intends to submit an Amended Petition and Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B), which allows pleadings to be amended once as a matter of course within 21 days after service of a responsive pleading.

Petitioner relies on the previously filed 10 exhibits (A-J) (Dkt. 1-3 to 1-12) and intends to submit two additional exhibits under seal (K,L).

In compliance with Local Rule 7.2, Mr. Doe requests that the Amended Petition and Complaint and all sealed exhibits remain under seal until further order of the Court.

Dated: March 18, 2025                    Respectfully submitted,

                                         JOHN DOE
                                         by his attorneys,
                                         */s/ Joshua R. Hanye*
                                         Joshua R. Hanye
                                         BBO #661686

                                         */s/ Tamara Fisher*
                                         Tamara Fisher
                                         BBO# 640449

                                         FEDERAL PUBLIC DEFENDER OFFICE
                                         51 Sleeper Street, 5th Floor
                                         Boston, MA 02210
                                         617-223-8061

## CERTIFICATE OF SERVICE

I, Joshua Hanye, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 18, 2025            By:     */s/ Joshua R. Hanye*
                                         Joshua Hanye