# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>                          Petitioner,<br><br>v.<br><br>JAMES MCHENRY, Acting U.S. Attorney General,<br>MARCO RUBIO, Secretary of U.S. Department of State,<br>BENJAMINE HUFFMAN, Acting Secretary of U.S. Department of Homeland Security, and<br>PAUL HEROUX, Sherriff of Bristol County,<br><br>                          Respondents. | Civil Action No. 1:25-cv-10235-BEM |

## MOTION TO SEAL

Pursuant to the Protective Order entered by this Court on January 31, 2025 (Doc. No. 9), Respondents move to file its Response, and exhibits in support, to Petitioner's Amended Petition for Writ of Habeas Corpus under seal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 1, 2025        By:    */s/ Mark Sauter*
                                                          Mark Sauter
                                                          Assistant United States Attorney
                                                           United States Attorney's Office
                                                           1 Courthouse Way, Suite 9200
                                                           Boston, MA 02210
                                                          Tel.: 617-748-3347
                                                          Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 1, 2025        By:   */s/ Mark Sauter*
                                             Mark Sauter
                                             Assistant United States Attorney