UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, )<br>  Petitioner. )<br>v. )<br> )<br>PAMELA J. BONDI, )<br>  Attorney General, )<br> )<br>MARCO RUBIO, )<br>  Secretary of State, )<br> )<br>KRISTI NOEM )<br>  Secretary of Homeland Security, )<br> )<br>PAUL HEROUX, )<br>  Sherriff, Bristol County, )<br> )<br>  Respondents-Defendants. ) | Case No.: 1:25-cv-10235 |

**PETITIONER'S MOTION FOR LEAVE TO FILE**
**ADDITIONAL EXHIBITS UNDER SEAL**

Now comes Petitioner and moves this Honorable Court for leave to submit six additional exhibits to the Amended Petition. Dkt. 20. Although the Amended Petition was filed on March 19, 2025, the documents within the intended additional exhibits only became available to Petitioner on May 29, 2025 when Respondent provided them in response to Petitioner's Motion for Discovery. Dkt. 35. Petitioner now seeks to file six additional exhibits (M-R), consisting of a total of 69 Bates stamped pages. The nature of the discovery and the exhibits was discussed at the May 30, 2025 sealed hearing.

Furthermore, pursuant to the Protective Order entered by this Court on January 31, 2025, Dkt. 9, Petitioner moves to file the additional exhibits under seal.

        Respectfully submitted,

        JOHN DOE
        by his attorney,
        */s/ Joshua R. Hanye*
        Joshua R. Hanye
        BBO #661686

        FEDERAL PUBLIC DEFENDER OFFICE
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        617-223-8061

**CERTIFICATE OF SERVICE**

    I, Joshua Hanye, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 10, 2025        By:    */s/ Joshua R. Hanye*
                                                        Joshua R. Hanye