UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>　　　Petitioner.<br>v.<br><br>PAMELA J. BONDI,<br>　　Attorney General,<br><br>MARCO RUBIO,<br>　　Secretary of State,<br><br>KRISTI NOEM<br>　　Secretary of Homeland Security,<br><br>PAUL HEROUX,<br>　　　Sherriff, Bristol County,<br><br>　　　Respondents-Defendants. | Case No.: 1:25-cv-10235 |

## PETITIONER'S MOTION TO FILE UNDER SEAL

Pursuant to the Protective Order entered by this Court on January 31, 2025, Dkt. 9, Petitioner moves to file Petitioner's Statement of Facts under seal.

Dated: June 30, 2025

Respectfully submitted,

JOHN DOE
by his attorney,
*/s/ Joshua R. Hanye*
Joshua R. Hanye
BBO #661686

FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

## **CERTIFICATE OF SERVICE**

       I, Joshua Hanye, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 30, 2025                 By:     */s/ Joshua R. Hanye*
                                                          Joshua R. Hanye