UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Petitioner.<br>v.<br><br>PAMELA J. BONDI,<br>    Attorney General,<br><br>MARCO RUBIO,<br>    Secretary of State,<br><br>KRISTI NOEM<br>    Secretary of Homeland Security,<br><br>PAUL HEROUX,<br>    Sherriff, Bristol County,<br><br>    Respondents-Defendants. | Case No.: 1:25-cv-10235 |

**JOINT STATUS REPORT AS TO AMENDMENT TO
PROTECTIVE ORDER AND PROPOSED REDACTIONS TO EXHIBITS**

Now come the parties jointly and submit this status report in response to the Court's July 15, 2022 order. The parties have conferred and, in light of the Court's order, agree to the Proposed Amendment to Protective Order previously submitted by Petitioner at Docket 49-1.

The parties have also conferred as to proposed redactions to the three relevant exhibits. The proposed redacted exhibits have been submitted separately to the Court. As to Exhibit P, the parties agree on all redactions, which are all highlighted for the Court in yellow. As to Exhibits M and O, the parties are in agreement except for one clause which is repeated in both exhibits. In Exhibits M and O, the agreed redactions are highlighted in yellow while the disputed clause is highlighted in red.

Petitioner states that the disputed clause should not be redacted under the limited disclosure authorized by the intended protective order because that information is central to his

1

claims in immigration proceedings and therefore is an example of the critical information which justifies amending the protective order as argued in his Motion to Amend. Dkt. 49. Respondents state that the disputed clause should be redacted under the deliberative process privilege.

Dated: July 22, 2025                                     Respectfully submitted,

                                                         PETITIONER
                                                         */s/ Joshua R. Hanye*
                                                         Joshua R. Hanye
                                                         BBO #661686
                                                         FEDERAL PUBLIC DEFENDER OFFICE
                                                         51 Sleeper Street, 5th Floor
                                                         Boston, MA 02210


                                                         RESPONDENTS
                                                         */s/ Stephen W. Hassink*
                                                         Stephen W. Hassink
                                                         *Mark Sauter*
                                                         Mark Sauter
                                                         Assistant United States Attorneys
                                                         UNITED STATES ATTORNEY'S OFFICE
                                                         One Courthouse Way
                                                         Boston, MA 02210


## CERTIFICATE OF SERVICE

I, Joshua Hanye, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 22, 2025                      By:    */s/ Joshua R. Hanye*
                                                 Joshua R. Hanye